**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 09, 2015

Hon. Joe H. Hernandez Jr.
Guerra, Leeds, Sabo & Hernandez, PLLC
1534 E. 6th Street, Suite 200
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Jesus Ramirez
Ramirez & Guerrero, L.L.P.
Ebony Park Business Center
700 N. Veterans Blvd.
San Juan, TX 78589
* DELIVERED VIA E-MAIL *

Hon. Eileen M. Leeds
Guerra, Leeds, Sabo & Hernandez, PLLC
1534 E. 6th St., Suite 200
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00691-CV
Tr.Ct.No. CL-13-1862-D
Style:    Texas Political Subdivision v. Pharr San Juan Alamo I.S.D.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   County Court at Law No. 4 (DELIVERED VIA E-MAIL)
      Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)